**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01207-CR

### BRITTANY RAE BOOKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-83858-2014**

## ORDER

The Court **REINSTATES** the appeal.

On June 29, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 27, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 29, 2015 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
        JUSTICE